IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ARRON MICHAEL LEWIS
ADC #151373                                                           PLAINTIFF

v.                       No. 2:19-cv-102-DPM-BD

WENDY KELLEY, Director, ADC;
RANDALL DALE REED, Chief Deputy
Director, ADC; E. BRANCH, Assistant
Warden, ADC; DAVID KNOTT, Major,
EARU, ADC; LOCKHART, Area
Supervisor, EARU, ADC; JAMES DYCUS,
Deputy Warden, EARU, ADC; and JEREMY
ANDREWS, Warden, EARU, ADC                                            DEFENDANTS

ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, № 5. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's due process and First Amendment claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2019