# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ARRON MICHAEL LEWIS
ADC #151373                                                                PLAINTIFF

v.                         No. 2:19-cv-102-DPM-BD

WENDY KELLEY, Director, ADC;
RANDALL DALE REED, Chief Deputy
Director, ADC; EMMER BRANCH,
Assistant Warden, ADC; DAVID
KNOTT, Major, EARU, ADC; DOUGLAS
LOCKHART, Area Supervisor, EARU, ADC;
JAMES DYCUS, Deputy Warden, EARU, ADC;
and JEREMY ANDREWS, Warden, EARU, ADC          DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 50, and overrules Lewis's partial objections, № 56. FED. R. CIV. P. 72(b)(3). Lewis's motions for preliminary injunctive relief and to certify a class, № 29 & № 34, are denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2020