IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS
ADC #151373                                                              PLAINTIFF

v.                        No. 2:19-cv-102-DPM-BD

WENDY KELLEY, Director, ADC;
RANDALL DALE REED, Chief Deputy
Director, ADC;   EMMER BRANCH, Assistant
Warden, ADC;   DAVID KNOTT, Major,
EARU, ADC;   DOUGLAS LOCKHART, Area
Supervisor, EARU, ADC;   JAMES DYCUS,
Deputy Warden, EARU, ADC;   and JEREMY
ANDREWS, Warden, EARU, ADC                                     DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, *Doc. 64*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Kelley and Branch are dismissed on Lewis's own motion. Defendants' motion for summary judgment, *Doc. 47*, is partly granted and partly denied. Lewis's claim that Lockhart failed to provide adequate security and failed to protect him from attack on 28 January 2019 goes forward. His claims against Andrews, Dycus, Knott, and Reed about failing to provide adequate security due to a practice of allowing unrestrained inmates around restrained inmates proceed, too. All other claims are dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

11 May 2020