## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ARRON MICHAEL LEWIS**
**ADC #151373**                                                    **PLAINTIFF**

**v.**                         **No. 2:19-cv-102-DPM-ERE**

**RANDALL DALE REED, Chief Deputy**
**Director, ADC;   DAVID KNOTT, Major,**
**EARU, ADC;   DOUGLAS LOCKHART, Area**
**Supervisor, EARU, ADC;   JAMES DYCUS,**
**Deputy Warden, EARU, ADC;   and JEREMY**
**ANDREWS, Warden, EARU, ADC**                    **DEFENDANTS**

### ORDER

1. The Court adopts Magistrate Judge Deere's unopposed partial recommendation, *Doc. 152*.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Motion for summary judgment, *Doc. 122*, partly granted and partly denied.   Lewis's claims against Andrews, Dycus, Knott, and Reed are dismissed with prejudice.   His official capacity claims against Lockhart for money damages are dismissed with prejudice, too.   Lewis's failure-to-protect claim against Lockhart goes forward.

2. A Final Scheduling Order setting this case for trial will issue in due course.   The Court asks that Magistrate Judge Ervin appoint counsel to represent Lewis at trial.

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 June 2021