# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ARRON MICHAEL LEWIS
ADC #151373                                                      PLAINTIFF

v.                      No. 2:19-cv-102-DPM-ERE

DOUGLAS LOCKHART,
Area Supervisor, EARU, ADC                                       DEFENDANT

## ORDER

**1.** In a motion for copies, Lewis says he never received some recent papers in the case, including the partial recommendation. That motion was filed in the Court's correspondence file and forwarded to counsel pursuant to Magistrate Judge Ervin's 28 June 2021 Order, *Doc. 171*. The Court directs appointed counsel—if he hasn't done so already—to send Lewis copies of the recent filings in this case and a copy of the docket sheet with this Order.

**2.** The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 164-1*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for preliminary injunction, *Doc. 160*, denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 July 2021