## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

ARRON MICHAEL LEWIS                                         PLAINTIFF

v.                              No. 2:19-cv-102-DPM

DOUGLAS LOCKHART,
Area Supervisor, EARU, ADC                          DEFENDANT

### ORDER

1. This case is off track.   In March, the Court was told that the parties had settled.   *Doc. 181.*   In May, there were mail-related problems and some differences arose.   *Doc. 182 & 187.*   Now, the parties seem to disagree about whether they made a deal.   *Doc. 189, 190 & 193.*   The defendant's motion to dismiss, *Doc. 189*, is denied.

2. Lewis also wants to fire his Court-appointed lawyer, who asks in response to be relieved.   *Doc. 190 & 193.*   Lewis's motion is denied. Counsel's request is denied, too.

3. The Court requests Magistrate Judge Ervin to convene a hearing.   Lewis can participate remotely.   The Court needs a recommendation about whether the parties settled this case, and if so, whether the Court should order consummation.   If there was no deal made, the Court requests a recommendation about how to get the case back on track for adjudication.

4. The Court directs the Clerk to send a copy of this Order to Lewis at his current address.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

25 August 2022