IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS                                                PLAINTIFF

v.                       No. 2:19-cv-102-DPM

DOUGLAS LOCKHART,
Area Supervisor, EARU, ADC                                         DEFENDANT

ORDER

The joint motion to dismiss, *Doc. 199*, is granted.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 September 2022