IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS                                                          PLAINTIFF

v.                              No. 2:19-cv-102-DPM

WENDY KELLEY, Director, ADC;
RANDALL DALE REED,
Chief Deputy Director, ADC;
EMMER BRANCH, Assistant Warden, ADC;
DAVID KNOTT, Major, EARU, ADC;
DOUGLAS LOCKHART,
Area Supervisor, EARU, ADC;
JAMES DYCUS, Deputy Warden, EARU, ADC;
and JEREMY ANDREWS, Warden, EARU, ADC            DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 14 December 2022 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2022