IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS                                              PLAINTIFF

v.                              No. 2:19-cv-102-DPM

WENDY KELLEY, Director, ADC;
RANDALL DALE REED,
Chief Deputy Director, ADC;
EMMER BRANCH, Assistant Warden, ADC;
DAVID KNOTT, Major, EARU, ADC;
DOUGLAS LOCKHART,
Area Supervisor, EARU, ADC;
JAMES DYCUS, Deputy Warden, EARU, ADC;
and JEREMY ANDREWS, Warden, EARU, ADC        DEFENDANTS

ORDER

Lewis's 21 December 2022 motion to fire his lawyer and his embedded motion to enforce the settlement agreement, *Doc. 203*, is denied. This Court's subject matter jurisdiction to enforce the parties' settlement ended on 14 December 2022. *Doc. 201*; *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994); *4:20 Communications, Inc. v. The Paradigm Co.*, 336 F.3d 775 (8th Cir. 2003). This case is closed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 January 2023